**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COINTREAU CORPORATION and COINTREAU SAS,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CANOPY GROWTH USA, LLC, and CANOPY GROWTH CORPORATION,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-05921-ER (RWL)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

　　　　IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Cointreau Corporation and Cointreau SAS and Defendants Canopy Growth USA, LLC and Canopy Growth Corporation, by and through their respective counsel, that the above-captioned case be, and hereby is, dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties further stipulate and jointly request that the Court retain jurisdiction to enforce the terms of the parties' Settlement Agreement. Each party shall bear its own fees and costs.

Dated:  June 24, 2022　　　　　　　　　　**WINSTON & STRAWN LLP**

　　　　　　　　　　　　　　　　　　　　By:  /s/ Jennifer A. Golinveaux
　　　　　　　　　　　　　　　　　　　　　　　Jennifer A. Golinveaux
　　　　　　　　　　　　　　　　　　　　　　　Diana Hughes Leiden
　　　　　　　　　　　　　　　　　　　　　　　Irina V. Lyapis
　　　　　　　　　　　　　　　　　　　　　　　Zachary J. Bass
　　　　　　　　　　　　　　　　　　　　　　　101 California Street, 35th Floor
　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111-5840
　　　　　　　　　　　　　　　　　　　　　　　415-591-1506
　　　　　　　　　　　　　　　　　　　　　　　jgolinveaux@winston.com

**NORRIS MCLAUGHLIN P.A.**

By: /s/ Jeanne M. Hamburg

    Jeanne M. Hamburg
    Alan Tenenbaum
    David H. Siegel
    Benjamin D. Schwartz
    7 Times Square, 21st Floor
    New York, NY 10036
    212-808-0700
    jhamburg@norris-law.com

*Attorneys for Cointreau Corporation and Cointreau SAS*

Dated: June 24, 2022

**LATHAM & WATKINS LLP**

By: _____

    Perry J. Viscounty (*pro hac vice*)
    Nicole C. Valco (*pro hac vice*)
    500 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Tel: (415) 391-0600
    Email: perry.viscounty@lw.com
    Email: nicole.valco@lw.com

    John T. Ryan (*pro hac vice*)
    12670 High Bluff Drive
    San Diego, CA 92130
    Tel: (858) 523-5400
    Email: jake.ryan@lw.com

*Attorneys for Defendants Canopy Growth USA, LLC and Canopy Growth Corporation*